IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-60046
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**
August 8, 2017

Lyle W. Cayce
Clerk

D.C. Docket No. 4:16-CR-76-1

UNITED STATES OF AMERICA,

     Plaintiff - Appellee

v.

CHRISTOPHER WILSON,

     Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Mississippi, Greenville

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the sentence imposed by the District Court is affirmed.

**Certified as a true copy and issued as the mandate on Aug 30, 2017**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**